# EXHIBIT 11



# Color Vision Field Test



UP-BLANKINSHIP-001082

# Purpose

## Original Protocol (2019)

- Presentation of a single R, G, Y or W light for 3 seconds, with 5 seconds to verbally identify the color of the light.
- Prior to testing, the subject was shown two identical lights (not known to the subject) based on a randomized, pre-selected scoresheet.
- In **68 Color Vision Normals** (**CVNs**) of various ages:
  - **73.5% passed**
  - **26.5% failed** the test on first attempt
    - This was presumably due to the lack of familiarity with the colored lights.
      - Subjects often self-corrected during testing; all passed on second testing
  - An additional 22 subjects were then tested with all **4** lights presented prior testing, and all passed.

## Modified Protocol (2020)

- Colors were specified (R, G, Y, W) before their initial presentation in a practice round.
- All four colors were presented prior to testing but not identified.
- Pass: 20 of 20 correct, or if only 1 error is made repeat test performed and observer must achieve 20 of 20 correct.

UP-BLANKINSHIP-001083

# Methods / Procedures

**Four randomized trial lights (R, G, Y, W) are presented prior to presentation of 20 signal lights**

- (**53**) **total subjects tested on full protocol, including signal light test and comprehensive color vision assessment.**
  - (**25**) subjects with **normal color vision** (**CVN**) without underlying ocular conditions.
  - (**25**) subjects diagnosed with **hereditary color vision deficiency** (**CVD**).
  - (**3**) subjects with underlying ocular/health conditions: excluded in statistical analysis
- Subjects' ages ranged from 17 - 58; there was no statistical difference in mean age between CVDs (mean age 30) and CVNs ( mean age 26; $P > 0.1$).

UP-BLANKINSHIP-001084

# Results: CVN Results

- (**25**) CVN subjects were tested with the new protocol in which four randomized trial lights are presented prior to presentation of 20 signal lights.
- 24/25 identified all 20 lights correctly on the first test.
- 1/25 missed 1 light on the first test, but identified all 20 correct on the second test.
- **Therefore, the new protocol yields 100% specificity in CVNs.**

UP-BLANKINSHIP-001085

# Results: CVD Results

- **25 CVD subjects, confirmed to be CVD on a battery of tests, ALL failed the signal light test on first attempt.**
- **The mean number correct out of 20 was 11.5 (standard deviation = 4.3).**
- **There was no significant relation between signal light score and age (F = 0.07, P > 0.8).**
- **There was no significant difference between signal light scores for deutan (green deficiency, n = 18) and protan (red deficiency, n = 7 P > 0.8).**

UP-BLANKINSHIP-001086



CVFT: CVN vs. CVD

UP-BLANKINSHIP-001087



UP-BLANKINSHIP-001088

# CVFT in Atypical Cases of CVD

- A 36 YO female with retinal cone pathology failed the CVFT as well as clinical test of color vision.
- An elderly male with glaucoma and diabetes passed the CVFT but did show decreased sensitivity on clinical tests.
- A female carrier of hereditary CVD showed mild loss of sensitivity on clinical testing but passed the CVFT.

UP-BLANKINSHIP-001089

# Conclusions

- Specificity increased from 74% to 100% by modifying procedures (i.e., showing all 4 lights prior to testing).
- Sensitivity of the CVFT is 100% in hereditary color deficiency with no difference between red & green CVD.
- The efficacy of the CVFT is independent of age and correlates well with cone contrast scores, although currently we are analyzing this in greater detail.

UP-BLANKINSHIP-001090