# EXHIBIT 15

Form 16950
Rev. 2/2005

## UNION PACIFIC RAILROAD
## HEALTH SERVICES DEPARTMENT
## OCCUPATIONAL MEDICINE SERVICES

### COLOR VISION FIELD TEST FORM
(Print all information requested below)

FULL FIRST NAME, MI, LAST NAME OF EMPLOYEE: Justin R Donahue

SOCIAL SECURITY NUMBER: 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

JOB TITLE ON DATE OF TEST: Conductor

TEST LOCATION (place an "X" on one): X Within Yard Limits   X Mainline Track

TEST DATE: MAY 21, 2008

WEATHER CONDITIONS (Place an "X" on one or more appropriate choice(s) below):
___ Milepost   ___ Dark   X Daylight   X Clear   ___ Cloudy   ___ Fog   ___ Rain   ___ Snow

Approximate Distance from Signals: 590 Yards of (Circle One)

| SIGNAL COLOR OR INDICATION | EMPLOYEE'S REACTION TIME (Mark an "X" in the appropriate box) | | | DID EMPLOYEE IDENTIFY CORRECT SIGNAL? (Circle either Yes or No for Each) | |
|---|---|---|---|---|---|
| | 1-2 Seconds | 2-3 Seconds | 3+ Seconds | | |
| 1. GREEN OVER RED / CLEAR | X | | | YES | NO |
| 2. RED OVER RED / STOP | X | | | YES | NO |
| 3. YELLOW OVER RED / APPROACH | X | | | YES | NO |
| 4. RED OVER YELLOW / DIVERGING APPROACH MEDIUM | X | | | YES | NO |
| 5. FLASHING RED / FLASHING STOP AND PROCEED | X | | | YES | NO |
| 6. RED OVER FLASHING GREEN / DIVERGING CLEAR LIMITED | X | | | YES | NO |
| 7. RED OVER GREEN / DIVERGING CLEAR MEDIUM | X | | | YES | NO |
| 8. FLASHING YELLOW / APPROACH LIMITED | X | | | YES | NO |
| 9. LUNAR / RESTRICTING | | | | YES | NO |
| 10. DARK / LIGHT OUT | X | | | YES | NO |

TESTER'S OPINION REGARDING EMPLOYEE'S ABILITY TO IDENTIFY SIGNALS INDICATIONS WITHIN APPROPRIATE REACTION TIMES:

Everything went Just fine No problems

Signature of Tester: [signature] Bullard
Title: MTO
Company Telephone Number: Redacted
Signature of Employee: [signature]
Signature of Safety Manager: ___
Signature of Union Representative (if present during test): ___

UPDONAHUE000445