# EXHIBIT 17

Re: Disability Letter

We are in receipt of information from your employer indicating that you stopped working because you are disabled. In order for your health coverage to continue, we must have the proof of your disability statement below completed by your attending physician.

The completed form should be mailed or faxed to Railroad Enrollment Services. The mailing address and fax number are:

> Railroad Enrollment Services
> PO Box 30775
> Salt Lake City, UT 84130-0775
> Fax #: (248) 733-6080

**IF THIS PROOF OF DISABILITY IS NOT RECEIVED, YOUR COVERAGE WILL BE TERMINATED.**

If you have questions, please call Railroad Enrollment Services at (800) 753-2692.

---

**TO BE COMPLETED BY ATTENDING PHYSICIAN:**

Please put ssn here: 0422769

I certify that **Justin Donahue** has been disabled from performing his/her regular occupation from **6/7/2017** (Date) to **12/31/9999** (Date) due to the following condition(s): **Color vision deficit. Employee is medically cleared to work with permanent restrictions not accommodated by department.**

Is the employee permanently disabled from his/her regular occupation? **YES** NO
(Please circle one.)

If no, please give us an estimated return to work date **12/31/9999**, or the date of his/her next appointment with you **N/A**.

*John P Holland MD MPH*    **6/7/2017**
Physician's Signature            Date

I AM NOT THE TREATING PHYSICIAN. THIS FORM COMPLETED IN MY CAPACITY AS MEDICAL DIRECTOR FOR THE UNION PACIFIC RAILROAD.

MD0896

UPDONAHUE000291