# EXHIBIT 18

**Dr. David Schymeinsky, O.D.**
**Dr. George Contos, O. D.**
462 East Calaveras Blvd., Milpitas, Ca 95035
Tel:(408) 262-4178 Fax:(408) 262-5351

**Milpitas Family Eyecare**

Date: 5/24/17

To: 1) _____    Fax # _____
    2) _____    Fax # _____
RE: Donahue, Justin       DOB _____
                          Phone # _____

## OCULAR EXAMINATION REPORT

### DIAGNOSIS:

☐ Routine ophthalmic and refractive exam: ☐ New glasses prescribed/ ☐ Not prescribed
Refractive Status: ☐ myopia/ ☐ hyperopia/ ☐ astigmatism/ ☐ emmetropia/ ☐ presbyopia
Binocular status: ☐ normal ☐ accomodative fatigue ☐ _____
☐ Age Related Macular Degeneration: ☐ Dry ☐ Wet ☐ Mild ☐ Moderate ☐ Severe
☐ Diabetes with / without diabetic retinopathy ☐ Mild / ☐ Moderate / ☐ Severe
☐ Chronic Blepharitis/ ☐ Dry eye syndrome / ☐ Corneal Ulcer / ☐ Conjunctivitis
☐ Uveitis / ☐ Glaucoma Suspect / ☐ Glaucoma
☐ Ischemic Optic Atrophy / ☐ Herpes: ☐ Simplex / ☐ Zoster
☒ PASSED ISHIHARA COLOR VISION TEST TODAY - no color vision defect

### TREATMENT PLAN:

_____
_____
_____
_____

### FOLLOW - UP:

Recheck patient in _____ days / weeks / months / years / as needed

Thank you for allowing us to participate in the care of this patient.

Sincerely,

George Contos O.D.              David A. Schymeinsky O.D.

DONAHUE_000024

 **Palo Alto Medical Foundation**
A Sutter Health Affiliate

**Fremont Center**

3200 Kearney Street
Fremont, CA 94538
(510) 490-1222
www.pamf.org

Re: Justin Donahue
DOB: 5/27/1978
1144 Tice Drive
Milpitas CA 95035

June 7, 2017

To whom it may concern:

I saw Justin Donahue for any eye exam today. He has normal color vision based on the Ishihara 14-plate color vision test. Right eye 14/14. Left eye 14/14.

Sincerely,

*V. Ko, O.D.*
Virginia Ko, OD

# UNIVERSITY OF CALIFORNIA, BERKELEY

BERKELEY · DAVIS · IRVINE · LOS ANGELES · RIVERSIDE · SAN DIEGO · SAN FRANCISCO     SANTA BARBARA · SANTA CRUZ

WAYNE A. VERDON, O.D., Ph.D., FAAO
PROFESSOR OF CLINICAL OPTOMETRY
ELECTRODIAGNOSTIC & VISION FUNCTIONS CLINIC

SCHOOL OF OPTOMETRY
BERKELEY, CALIFORNIA 94720

August 4, 2017

Fitness-for-Duty Nurse
Health and Medical Services
Union Pacific Railroad - MS 0350
1400 Douglas Street
Omaha, NE 68179

                 **RE:**      **DONAHUE, Justin**
                 **DOB:**   **05/27/1978**
                 **Exam:** **08/02/2017**

I saw Mr. Justin Donahuei, age 39 years, at the Optometry School at the University of California, Berkeley for color vision testing on Aug 2, 2017, in accordance with Union Pacific Railroad protocol. Photo ID was verified. No tinted lenses or contacts were worn.

Visual acuities with glasses:    **RE:** 20/16-1        Uncorrected visual acuities:    **RE:** 20/160-1
                                **LE:** 20/20                                            **LE:** 20/160-1

All testing was performed monocularly, with glasses correction, under Standard Illuminant C where appropriate.

1. **Hardy-Rand-Rittler Pseudoisochromatic Plates (4th Edition Richmond-HRR):**

    **OD:**   Blue-yellow (Plates 5,6,21-24):    No errors
             Red-green (Plates 7-20):          No errors            PASS

    **OS:**   Blue-yellow (Plates 5,6,21-24):    No errors
             Red-green (Plates 7-20):          1 error              PASS

2. **Farnsworth-Munsell 100 Hue:**
    **OD:**   Total error score 88   (<123 for age 39 yrs in considered normal*). No axis.     PASS
    **OS:**   Total error score 100   (<123 for age 39 yrs in considered normal*). No axis     PASS

    [*Verriest et al, 1982]

3. **Anomaloscope (Neitz, Rayleigh equation)**
    **OD=OS:** The Rayleigh match on the Neitz anomaloscope showed a match midpoint of approximately 32.5 ± 2.5 units, with a yellow setting of 11. Responses were variable. This is suggestive of deuteranomaly.

4. **Farnsworth D-15 arrangement test:**
    **OD:**   No errors          PASS
    **OS:**   No errors          PASS

Appointments: (510) 643.0131      Office: (510) 643.0683      FAX: (510) 643-5109      E-mail: verdon@berkeley.edu

**DONAHUE_000026**

RE: DONAHUE, Justin
Page 2
August 4, 2017

5. **Lanthony Desaturated D-15 arrangement test:**
   **OD:** No errors — PASS
   **OS:** 2 single-place errors — PASS

6. **Ishihara 24 plate Edition, plates 1-15:**
   **OD:** One error — PASS
   **OS:** Two errors — PASS

7. **Dvorine pseudoisochromatic plates 1-15:**
   **OD:** 6 errors. No errors on color nomenclature test.
   **OS:** 7 errors. No errors on color nomenclature test.

8. **Farnsworth Lantern (FALANT) Color Naming:**
   Zero errors on 1st run — PASS

CAD, CCT and CCVT computerized color tests are unavailable at UC Berkeley.

**IMPRESSIONS:**
Mr. Donahue has "clinically normal" color vision, meaning that he passes standard color tests such as the Ishihara, HRR and desaturated D15, and in a standard clinical setting he would not undergo further color vision evaluation. Anomaloscope testing does reveal an extremely mild deuteranomalous defect. However, this would not be expected to interfere with his color discrimination using real world stimuli. Importantly, he passes the Farnsworth Lantern test with no errors. If I can be of assistance, please do not hesitate to contact me.

Yours sincerely,

*Wayne Verdon*

Wayne A. Verdon, O.D., Ph.D.
Professor of Clinical Optometry



VISION FUNCTIONS CLINIC
SCHOOL OF OPTOMETRY
UC BERKELEY

ISHIHARA 24 PLATE EDITION (1968, 1968)

NAME: Justin Donahue

DATE: 08/02/2017

EXAMINER: NV    Illum C w/ Rx

| Plate | Correct response | Color defective response | | OD | OS |
|---|---|---|---|---|---|
| 1 | 12 | 12 | DO NOT SCORE | ✓ | ✓ |
| 2 | 8 | 3 | | ✓ | ✓ |
| 3 | 29 | 70 | | ✓ | ✓ |
| 4 | 5 | 2 | | ✓ | ✓ |
| 5 | 3 | 5 | | ✓ | ✓ |
| 6 | 15 | 17 | | ✓ | ✓ |
| 7 | 74 | 21 | | 74 & 79 ✓ | ✓ |
| 8 | 6 | X | | 8x | 8x |
| 9 | 45 | X | | ✓ | ✓ |
| 10 | 5 | X | | ✓ | ✓ |
| 11 | 7 | X | | ✓ | ✓ |
| 12 | 16 | X | | ✓ | ✓ |
| 13 | 73 | X | | ✓ | ✓ |
| 14 | X | 5 | | x ✓ | ✓ |
| 15 | X | 45 | | ✓ | 45 x |

Diagnostic plates:

| | Protan | | Deutan | | | |
|---|---|---|---|---|---|---|
| | strong | mild | strong | mild | | |
| 16 | 26 | 6 | (2) 5 | 2 | 2 (6) | 26 | 26 |
| 17 | 42 | 2 | (4) 2 | 4 | 4 (2) | 42 | 42 |

X denotes plate cannot be read.

OD  1 err    OS  2 errors

DONAHUE_000028

I/him/
wife

WV

Sample Record Form
**DVORINE PSEUDO-ISOCHROMATIC PLATES**

Name: Justin Donahue    M  Age:    Date: 8/2/17   No.

## OD

### NOMENCLATURE TEST

| Response to saturated colors | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
|---|---|---|---|---|---|---|---|---|
| Colors on disks | Red | Brown | Purple | Yellow | Blue | Green | Gray | Orange |
| Responses to unsaturated colors | pink | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

### COLOR DISCRIMINATION TEST

| Plate sequence | Number on Plate | Patient's Response Pass | Patient's Response Fail | Plate sequence | Number on Plate | Patient's Response Pass | Patient's Response Fail | NOTE: Scoring for section one: |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 to 2 misses — Normal |
| | | | | | | | | 3 to 4 " — Borderline or Mild |
| 1 | 48 | Demonstration Plate | | 15 | Demonstration Plate | | | 5 to 11 " — Moderate |
| 2 | 67 | ✓ | | 17 | | | | 12 to 14 " — Severe |
| 3 | 38 | | 28 | 18 | | | | |
| 4 | 92 | | X | 19 | | | | DIAGNOSIS: |
| 5 | 76 | ✓ | | 20 | | | | Normal ☐ |
| 6 | 55 | ✓ | | 21 | | | | R-G Defective ☐ |
| 7 | 25 | ✓ | | 22 | | | | |
| 8 | 2 | ✓ | | 23 | | | | TYPE: |
| 9 | 74 | | X | | | | | Protanoid ☐ |
| 10 | 62 | | X | REMARKS: | | | | Deuteranoid ☐ |
| 11 | 4 | | X | | | | | |
| 12 | 28 | ✓ | | | | | | EXTENT OF DEFECT: |
| 13 | 46 | ✓ | | | | | | Borderline or Mild ☐ |
| 14 | 7 | ✓ | | | | | | Moderate ☐ |
| 15 | 39 | · | 30x | | | | | Severe ☐ |

Copyright 1953, SCIENTIFIC PUBLISHING CO., 228 Druse Place, Baltimore 17, Md.

OD 6err

## OS

### NOMENCLATURE TEST

| Response to saturated colors | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
|---|---|---|---|---|---|---|---|---|
| Colors on disks | Red | Brown | Purple | Yellow | Blue | Green | Gray | Orange |
| Responses to unsaturated colors | pink | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

### COLOR DISCRIMINATION TEST

| Plate sequence | Number on Plate | Patient's Response Pass | Patient's Response Fail | Plate sequence | Patient's Response Pass | Patient's Response Fail | NOTE: Scoring for section one: |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0 to 2 misses — Normal |
| | | | | | | | 3 to 4 " — Borderline or Mild |
| 1 | 48 | Demonstration Plate | | 16 | Demonstration Plate | | 5 to 11 " — Moderate |
| 2 | 87 | ✓ | 17 | 17 | | | 12 to 14 " — Severe |
| 3 | 38 | | 28 | 18 | | | |
| 4 | 92 | | 48 | 19 | | | DIAGNOSIS: |
| 5 | 76 | | 28 | 20 | | | Normal ☐ |
| 6 | 55 | ✓ | | 21 | | | R-G Defective ☐ |
| 7 | 25 | ✓ | | 22 | | | |
| 8 | 2 | ✓ | | 23 | | | TYPE: |
| 9 | 74 | | X | | | | Protanoid ☐ |
| 10 | 62 | | X | REMARKS: | | | Deuteranoid ☐ |
| 11 | 4 | | X | | | | |
| 12 | 28 | ✓ | | | | | EXTENT OF DEFECT: |
| 13 | 46 | ✓ | | | | | Borderline or Mild ☐ |
| 14 | 7 | ✓ | | | | | Moderate ☐ |
| 15 | 39 | | 30x | | | | Severe ☐ |

Copyright 1953, SCIENTIFIC PUBLISHING CO., 228 Druse Place, Baltimore 17, Md.

OS 7err

DONAHUE_000029

TEST 15 HUE DESATURE de LANTHONY
LANTHONY'S DESATURATED 15 HUE TEST

w/Rx, Illum C

Nom / Name: JUSTIN DONAHUE    Age: ___    Date: 8/2/2017    N°: ___
Œil / Eye: OS (LE)    Diagnostic: ___

TEST STANDARD, ordre donné par le sujet :
STANDARD TEST, order given by the patient

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |

TEST DÉSATURÉ, ordre donné par le sujet :
DESATURATED TEST, order given by the patient

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|
| 2 | 1 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |

TEST STANDARD / STANDARD TEST



TEST DESATURE / DESATURATED TEST



REF 14 52 25

LUNEAU OPHTA, MOULOGE - B.P. 252 - 28005 CHARTRES CEDEX - FRANCE

DONAHUE_000030

# TEST 15 HUE DESATURE de LANTHONY
## LANTHONY'S DESATURATED 15 HUE TEST

w/Rx, I/hr C

Nom / Name: Justin DONAHUE  
Age: ___  Date: 8/2/2017  N°: ___  
Œil / Eye: OD (RE)  Diagnostic: ___

TEST STANDARD, ordre donné par le sujet /  
STANDARD TEST, order given by the patient:  
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15

TEST DÉSATURÉ, ordre donné par le sujet /  
DESATURATED TEST, order given by the patient:  
1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  
1  2  2  4  5  6  7  8  9  10  11  12  13  14  15



REF. 14 58 20

LUNEAU OPHTALMOLOGIE - B.P. 252 - 28005 CHARTRES CEDEX - FRANCE 

**DONAHUE_000031**

WAYNE A. VERDON, O.D., PH.D
VISION FUNCTIONS CLINIC
SCHOOL OF OPTOMETRY
UNIVERSITY OF CALIFORNIA,
BERKELEY, CA 94720-2020

PATIENT NAME: Justin Donahue

DATE: 05/02/2017

wRx B/Noc

**FARNSWORTH LANTERN SCORING TEMPLATE**

| 1 GR | 2 WG | 3 GW | 4 GG | 5 RG | 6 WR | 7 WW | 8 RW | 9 RR | errors |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | |
| | | | | | | | | | |

TYPE: (NEITZ) OTHER

**ANOMALOSCOPE**

| RED/GREEN SETTING | MATCH? TOO R / TOO G | YELLOW INTENSITY |
|---|---|---|
| 5½ | R | |
| 45 | R | |
| 20 | G | |
| 45 | R | 9 |
| 45 | R | 9 |
| 50 | R | 14 |
| 35 | G/R | 11 |
| 30/40 | R | |
| 35/45 | G/R | |

30  5   11
40  R   11
35  G   11
35  S   11

Variable, difficult for pt

DIAGNOSIS: suggestive deuteranomaly

Appointments: (510) 643-0134   Office: (510) 643-0688   FAX: (510) 643-5109   E-mail: verdon@berkeley.edu

DONAHUE_000032

Farnsworth-Munsell 100-Hue Test / 2017-08-02

1978-05-27                                                                                     Left eye

Order of color caps entered:

65,  1,  2,  3,  4,  5,  6,  7,  8,  9, 11, 10, 12, 13, 14, 15, 16, 18, 17, 21, 20, 19
22, 23, 24, 25, 27, 26, 28, 31, 29, 30, 32, 34, 33, 35, 36, 37, 38, 40, 39, 41, 42
43, 46, 47, 44, 45, 48, 49, 50, 52, 51, 53, 54, 56, 55, 57, 59, 58, 62, 60, 61, 63
66, 64, 65, 68, 67, 69, 71, 70, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 84, 83



**Automatic Evaluation - Classical Method - Individual trays are scored independently**
Total error score: 100 - Probably normal. Below the 95% confidence level (123 for age 39)
(Verriest G. et al. A new assessment of the normal ranges of the Farnsworth-Munsell 100-Hue test scores. Am J Ophthalmol. 93:635-642 (1982))

**Automatic Evaluation according Török**
Mid-point at cap 63, Bipolarity: 77.65 % (0-100%), Selectivity index: 1.24
Color Confusion Index (CCI = TES$_{actual}$ / TES$_{normal}$): 1.59
Probably normal color discrimination.

**Automatic Evaluation - Moment of Inertia Method**
Angle: 43.0, Major Radius: 4.2, Minor Radius: 3.1, Total Error Score: 5.3, Selectivity Index: 1.34, Confusion Index: 1.67
Probaly normal color discrimination.
Literature: Vingrys, A.J. and King-Smith, P.E. A quantitative scoring technique for panel tests of color vision. Investigative Ophthalmology and Visual Science, 1988, 29:50-63.

DONAHUE_000033


## Farnsworth-Munsell 100-Hue Test / 2017-08-02

1978-05-27                                                                 Right eye

Order of color caps entered:

85, 1, 2, 4, 3, 5, 7, 6, 8, 10, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21
22, 23, 27, 25, 24, 26, 29, 30, 28, 31, 32, 33, 34, 35, 37, 36, 38, 39, 40, 41, 42
44, 45, 47, 43, 46, 48, 50, 51, 49, 52, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63
64, 65, 67, 66, 69, 68, 70, 71, 72, 74, 73, 75, 76, 77, 78, 79, 80, 84, 83, 81, 82



**Automatic Evaluation - Classical Method - Individual trays are scored independently**
Total error score: 88 - Probably normal. Below the 95% confidence level (123 for age 39)
Verriest et al. A new assessment of the normal ranges of the Farnsworth-Munsell 100-Hue test scores. Am J Ophthalmol. 93:635-642 (1982)

**Automatic Evaluation according Török**
Mid-point at cap 47. Bipolarity is less than 55 % (probably unipolar). Selectivity index is not calculated.
Color Confusion Index (CCI = $TES_{patient} / TES_{normal}$): 1.52
Probably normal color discrimination.

**Automatic Evaluation - Moment of Inertia Method**
Angle: 57.2, Major Radius: 4.2, Minor Radius: 2.7, Total Error Score: 5.0, Selectivity Index: 1.55, Confusion Index: 1.65
Probaly normal color discrimination.
Literature: Vingrys, A.J. and King-Smith, P.E. A quantitative scoring technique for panel tests of color vision. Investigative Ophthalmology and Visual Science, 1988, 29:50-63.

DONAHUE_000034



DONAHUE_000035

Name: Justin Donahue    Age:    Date: 8/2/17

| 85 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 1 | 3 | 2 | 4 | 5 | 7 | 6 | 8 | 10 | 9 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | |
| 22 | 23 | 27 | 25 | 24 | 26 | 28 | 30 | 29 | 31 | 32 | 33 | 34 | 35 | 37 | 36 | 38 | 39 | 40 | 41 | 42 | |
| 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | |
| 44 | 45 | 47 | 43 | 46 | 48 | 50 | 51 | 49 | 52 | 53 | 54 | 55 | 56 | 57 | 58 | 59 | 60 | 61 | 60 | 62 | |
| 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 | 83 | 84 | |
| 64 | 65 | 67 | 66 | 69 | 68 | 70 | 71 | 72 | | 73 | 75 | 76 | 77 | 78 | 79 | 80 | 84 | 83 | 81 | 82 | |



FARNSWORTH-MUNSELL 100-HUE TEST
For Color Vision
MUNSELL COLOR, MACBETH DIVISION
2441 North Calvert Street
Baltimore, Maryland 21218

DONAHUE_000036