# EXHIBIT 19

Re: Disability Letter

We are in receipt of information from your employer indicating that you stopped working because you are disabled. In order for your health coverage to continue, we must have the proof of your disability statement below completed by your attending physician.

The completed form should be mailed or faxed to Railroad Enrollment Services. The mailing address and fax number are:

Railroad Enrollment Services
PO Box 30775
Salt Lake City, UT 84130-0775
Fax #: (248) 733-6080

**IF THIS PROOF OF DISABILITY IS NOT RECEIVED, YOUR COVERAGE WILL BE TERMINATED.**

If you have questions, please call Railroad Enrollment Services at (800) 753-2692.

---

TO BE COMPLETED BY ATTENDING PHYSICIAN:

Please put Union Pacific employee id here: **0408640**

I certify that **Jason Campbell** has been disabled from performing his/her regular occupation from **4/30/18** (Date) to **12/31/2050** (Date) due to the following condition(s): **Reportable Health Condition - Vision**

Is the employee permanently disabled from his/her regular occupation?  YES  **(NO)**
(Please circle one.)

If no, please give us an estimated return to work date **12/31/2050**, or the date of his/her next appointment with you _____

Physician's Signature: *John Holland MD MPH*    Date: **5/22/18**

UNION PACIFIC RAILROAD
HEALTH & MEDICAL SERVICES
400 DOUGLAS STREET #0350
OMAHA, NE 68179-0350
MDOS98

**I AM NOT THE TREATING PHYSICIAN. THIS FORM COMPLETED IN MY CAPACITY AS MEDICAL DIRECTOR FOR THE UNION PACIFIC RAILROAD.**

UPCAMPBELL000600