UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF [Northern District of California]

Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: [3:21-cv-00448-MMC]

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: [January 19, 2021]

Date of judgment or order you are appealing: [September 19, 2022]

Docket entry number of judgment or order you are appealing: [DKT 71, 72, 84]

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

[Justin Donahue, Jason Campbell and Jacob Goss]

Is this a cross-appeal?   ○ Yes   ⦿ No

If yes, what is the first appeal case number? [ ]

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If yes, what is the prior appeal case number? [ ]

Your mailing address (if pro se):

[ ]

[ ]

City: [ ]   State: [ ]   Zip Code: [ ]

Prisoner Inmate or A Number (if applicable): [ ]

**Signature** [ ]   **Date** [ ]

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
| |
|---|
| Justin Donahue, Jason Campbell and Jacob Goss |

Name(s) of counsel (if any):
| |
|---|
| James H. Kaster and Lucas J. Kaster |

Address: 80 S. 8th Street, Suite 4700, Minneapolis, MN  55402

Telephone number(s): 612-256-3200

Email(s): kaster@nka.com, lkaster@nka.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
| |
|---|
| Union Pacific Railroad Company |

Name(s) of counsel (if any):
| |
|---|
| Robert L. Ortbals, Jr. and Katie M. Rhoten |

Address: 680 Craig Road, Suite 400, St. Louis, MO  63141

Telephone number(s): 314-338-3740

Email(s): rortbals@constangy.com, krhoten@constangy.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Justin Donahue, Jason Campbell and Jacob Goss

Name(s) of counsel (if any):
Anthony S. Petru and Gavin Barney

Address: 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA  94612

Telephone number(s): 510-451-6732

Email(s): petru@hmnlaw.com, barney@hmnlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ● No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*