**Anthony S. Petru** (CA #91399)
petru@hmnlaw.com
**Gavin S. Barney** (CA #321880)
barney@hmnlaw.com
HILDEBRAND MCLEOD & NELSON, LLP
5335 College Avenue, Suite 5A
Oakland, CA 94618
Tel: (510) 451-6732

**James H. Kaster** (CA #248949)
kaster@nka.com
**Lucas J. Kaster** (CA #291102)
lkaster@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200

Attorneys for Plaintiffs Justin Donahue, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DONAHUE; JASON CAMPBELL, and JACOB GOSS, | Case No. 3:21-CV-00448-MMC |
| Plaintiffs, | **STATEMENT OF RECENT DECISION** |
| V. | Judge Hon. Maxine Chesney |
| UNION PACIFIC RAILROAD COMPANY, | Complaint Filed: January 19, 2021 |
| Defendant. | |

    In accordance with Civil L.R. 7-3(d)(2). Plaintiffs Justin Donahue, Jason Campbell and Jacob Goss submit this Statement of Recent Decision to bring to the Court's attention the following new authority supporting Plaintiffs' Opposition to Defendant Union Pacific Railroad Company's Motion for Summary Judgment. (Dkt. No. 65).

    1.    *Defries v. Union Pacific Railroad Co.*, No. 3:21-cv-205-SI, 2025 U.S. Dist. Lexis 65696, (D. Or., April 7, 2025), *Defries* is a related matter concerning the FRA decertification of a Union Pacific train service employee following a Light Cannon test. The District of Oregon denied

1
STATEMENT OF RECENT DECISION

Union Pacific's Motion for Summary Judgment. A copy of the Court's order is attached as Exhibit A.

Date:   April 9, 2025

/s/ Gavin S. Barney
Gavin S. Barney (CA #321880)
barney@hmnlaw.com
Anthony S. Petru (CA #91399)
petru@hmnlaw.com
**HILDEBRAND, McLEOD & NELSON LLP**
5335 College Avenue, Suite 5A
Oakland, California 94618
Telephone: (510) 451-6732
Fax: (510) 465-7023

James H. Kaster (MN #53946)
kaster@nka.com
Lucas J. Kaster (MN #396251)
lkaster@nka.com
**NICHOLS KASTER, PLLP**
80 South Eighth Street
4700 IDS Center
Minneapolis, Minnesota 55402-2242
Telephone: (612) 256-3200
Fax: (612) 338-4878

Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

I certify that on this April 9, 2025, a true and correct copy of the foregoing STATEMENT OF RECENT DECISIONS was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Andrea Rawlins
arawlins@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3017

Laura Balson
lbalson@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
680 Craig Rd, Suite 400
St. Louis, MO 63141
Telephone: (314) 338-3740
Facsimile: (314) 665-1707

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

                                                    s/*Gavin S. Barney*
                                                    Gavin S. Barney