**Anthony S. Petru** (CA #91399)
petru@hmnlaw.com
**Gavin S. Barney** (CA #321880)
barney@hmnlaw.com
HILDEBRAND MCLEOD & NELSON, LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA 94612
Tel: (510) 451-6732

**James H. Kaster** (CA #248949)
kaster@nka.com
**Lucas J. Kaster** (CA #291102)
lkaster@nka.com
NICHOLS KASTER, PLLP
4700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200

Attorneys for Plaintiffs Justin Donahue, et al.

*Additional Counsel Listed on Following Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DONAHUE; JASON CAMPBELL, and JACOB GOSS,<br><br>Plaintiffs,<br><br>V.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | Case No. 3:21-CV-00448-MMC (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>District Judge: Hon. Maxine Chesney<br>Magistrate Judge: Hon. Joseph C. Spero<br><br>Complaint Filed: January 19, 2021<br>Trial Date: November 10, 2025 |

1

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SETTLEMENT CONFERENCE

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
Michael Westheimer
mwestheimer@constangy.com
601 Montgomery Street, Suite 350
San Francisco, CA 94611
Telephone: (415) 918-3000
Facsimile: (415) 91803017

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

Pursuant to Civil Local Rules 6-2 and 7-12, and for good cause listed below, Plaintiffs Justin Donahue, Jason Campbell, and Jacob Goss ("Plaintiffs"), and Defendant Union Pacific Railroad Company ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate to and request that the Court enter the concurrently provided Proposed Order approving the Parties' request to continue the Settlement Conference, currently scheduled for **May 1, 2025** at **10:00 AM**. This Joint Stipulation is based on the following:

WHEREAS, on March 14, 2025, a hearing on Defendant's Motion for Summary Judgment was held before Hon. Maxine M. Chesney;

WHEREAS, the Parties were advised that the motion has been taken under advisement;

WHEREAS, decision on Defendant's Motion for Summary Judgment has not yet been issued;

WHEREAS, the parties believe it would be more productive to settlement efforts to participate in a Settlement Conference after receiving the Court's decision on the Motion for Summary Judgment;

WHEREFORE, IT IS HEREBY STIPULATED that, pursuant to Local Rule 6-2, the Parties request that the Court continue the May 1, 2025 Settlement Conference and related deadlines to a date in June 2025, or as soon thereafter as the Court's calendar permits. The Parties further request that, if the Court's decision on the pending Motion for Summary Judgment remains pending as of the rescheduled date, they make seek a further continuance as needed.

IT IS SO STIPULATED.

Date: April 16, 2025         **HILDEBRAND, McLEOD & NELSON LLP**

By: /s/ *Gavin S. Barney*
      Anthony S. Petru
      Gavin S. Barney

      James H. Kaster
      Lucas J. Kaster
**NICHOLS KASTER, PLLP**

*Attorneys for Plaintiffs* JUSTIN DONAHUE;

3

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE
SETTLEMENT CONFERENCE

JASON CAMPBELL, and JACOB GOSS

Dated: April 16, 2025

**CONSTANGY, BROOKS, SMITH & PROPHETE LLP**

By: /s/   *Michael Westheimer*
          Michael Westheimer

*Attorneys for Defendant*
UNION PACIFIC RAILROAD COMPANY

# CERTIFICATE OF SERVICE

I certify that on this April 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to the following:

Michael Westheimer
mwestheimer@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3017

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

s/*Gavin S. Barney*
Gavin S. Barney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN DONAHUE; JASON CAMPBELL, and JACOB GOSS,<br><br>　　　　Plaintiffs,<br><br>V.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendant. | Case No. 3:21-CV-00448-MMC<br><br>**[PROPOSED] ORDER**<br><br>Judge Hon. Maxine Chesney<br><br>Complaint Filed: January 19, 2021 |

Based on the Parties' stipulation, and for good cause appearing thereon, the Court orders as follows:

The Settlement Conference set for May 1, 2025 is continued to June ___, 2025 at 10:00 a.m., by Zoom videoconference. All related deadlines in the Settlement Conference Order issued January 8, 2025 are continued accordingly to correspond to the new Settlement Conference date. The Court grants this continuance without prejudice to the parties seeking a further continuance as needed if the Court's decision on the Motion for Summary Judgment remains pending as of the rescheduled dates.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
　　　　　　　　　　　　　　　Hon. Joseph C. Spero
　　　　　　　　　　　　　　　Magistrate Judge of the United States District Court

**ATTESTATION OF SIGATURES**

I, Gavin S. Barney, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, that concurrence in the filing of this document has been obtained from each signatory hereto.

Date: April 16, 2025                          /s/  Gavin S. Barney
                                              Gavin S. Barney